Kathryn J. Halford (CA Bar No. 68141)
E-mail: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
E-mail: erosenfeld@wkclegal.com
Nicholas I. Starkman (CA Bar No. 291373)
E-mail: nstarkman@wkclegal.com
**WOHLNER KAPLON CUTLER**
**HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 334
Facsimile: (818) 501-5306

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SIGN SET, INC., a California corporation,<br><br>            Defendant. | CASE NO. 2:17-cv-1778 SVW (AFMx)<br><br>The Hon. Stephen V. Wilson<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:        8/15/2017<br>Pre-Trial Conf.:  None |

NOTICE OF SETTLEMENT

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement of the above-entitled case and will be filing, concurrently with this Notice, a Proposed Judgment Pursuant to Stipulation and Stipulation for Entry of Judgment.

DATED: 6/6/17

J.T. Fox
**Law Offices of J.T. Fox & Associates**

By: *[signature]*
J.T. FOX
Attorneys for Sign St, Inc., a California corporation

DATED: 6/7/17

Elizabeth Rosenfeld
Kathryn J. Halford
Nicholas I. Starkman
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**

By: *[signature]*
NICHOLAS I. STARKMAN
Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Individual Account Plan, and the Motion Picture Industry Health Plan