Kathryn J. Halford (CA Bar No. 68141)
E-mail: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
E-mail: erosenfeld@wkclegal.com
Nicholas I. Starkman (CA Bar No. 291373)
E-mail: nstarkman@wkclegal.com
**WOHLNER KAPLON CUTLER**
**HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 334
Facsimile: (818) 501-5306

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SIGN SET, INC., a California corporation,<br><br>Defendant. | CASE NO. 2:17-cv-1778 SVW (AFMx)<br><br>The Hon. Stephen V. Wilson<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Trial Date: 8/15/2017<br>Pre-Trial Conf.: None |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-referenced action that Plaintiffs, the Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, Board of Directors of the Motion Picture Industry Health Plan shall have judgment against Defendant Sign Set, Inc., a California corporation, in the sum of $137,228.44, representing the following sums:

| | |
|---|---|
| Contributions (4/22/12 – 4/23/16) | $69,695.66 |
| Interest (through 4/1/17) | $25,216.78 |
| Liquidated damages (through 4/1/17) | $25,551.00 |
| Attorneys' Fees | $16,250.00 |
| Court Costs | $515.00 |
| TOTAL | $137,228.44 |

DATED: _____

BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, MOTION PICTURE INDIVIDUAL ACCOUNT PLAN, AND THE MOTION PICTURE HEALTH PLAN

By: _____
Name: Hank Lachmund
Title: Management Director

By: _____
Name: Tom Davis
Title: Labor Director

DATED: _June 6, 2017_   SIGN SET, INC., a California corporation

By: _Lynne K Baumhecker_
Name: LYNNE Baumhecker
Title: owner

*[attorney signatures on subsequent page]*

DATED: _6/6/17_

J.T. Fox
**Law Offices of J.T. Fox & Associates**

By: _J.T. FOX_
Attorneys for Sign St, Inc., a California corporation

DATED: _6/7/17_

Elizabeth Rosenfeld
Kathryn J. Halford
Nicholas I. Starkman
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**

By: _NICHOLAS I. STARKMAN_
Attorneys for Plaintiffs the Boards of Directors of the Motion Picture

DATED: __6/7/17__

**BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, MOTION PICTURE INDIVIDUAL ACCOUNT PLAN, AND THE MOTION PICTURE HEALTH PLAN**

By: _/s/ Hank Lachmund_
Name: Hank Lachmund
Title: Management Director

By: _____
Name: Tom Davis
Title: Labor Director

DATED: __June 6, 2017__    SIGN SET, INC., a California corporation

By: _/s/ Lynne K Baumhecker_
Name: LYNNE Baumhecker
Title: owner

*[attorney signatures on subsequent page]*

DATED: __6/6/17__

J.T. Fox
**Law Offices of J.T. Fox & Associates**

By: _/s/ J.T. Fox_
J.T. FOX
Attorneys for Sign St, Inc., a California corporation

DATED: _____

Elizabeth Rosenfeld
Kathryn J. Halford
Nicholas I. Starkman
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**

By:

NICHOLAS I. STARKMAN
Attorneys for Plaintiffs the Boards of Directors of the Motion Picture

DATED: ___6/7/17___
BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, MOTION PICTURE INDIVIDUAL ACCOUNT PLAN, AND THE MOTION PICTURE HEALTH PLAN

By:_____
Name: Hank Lachmund
Title: Management Director

By: _/s/ Tom Davis_____
Name: Tom Davis
Title: Labor Director

DATED: _June 6, 2017_   SIGN SET, INC., a California corporation

By: _/s/ Lynne K. Baumheckel_
Name: LYNNE Baumheckel
Title: OWNER

[attorney signatures on subsequent page]

DATED: _6/6/17_
J.T. Fox
**Law Offices of J.T. Fox & Associates**

By: _/s/ J.T. Fox_
J.T. FOX
Attorneys for Sign St, Inc., a California corporation

DATED: _____
Elizabeth Rosenfeld
Kathryn J. Halford
Nicholas I. Starkman
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**

By:

NICHOLAS I. STARKMAN
Attorneys for Plaintiffs the Boards of Directors of the Motion Picture