# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SIGN SET, INC., a California corporation,<br><br>　　　　　Defendant. | **CASE NO. 2:17-cv-1778 SVW (AFMx)**<br><br>**The Hon. Stephen V. Wilson**<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>Trial Date:　　8/15/2017<br>Pre-Trial Conf.:　None<br><br>JS-6 |

　　Plaintiffs, the Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, Board of Directors of the Motion Picture Industry Health Plan (collectively, "Plaintiffs") and Defendant Sign Set, Inc., a California corporation, have agreed to the entry of judgment in this matter and, having entered into a stipulation for Entry of Judgment which has been filed with this Court, and due deliberation and advice of counsel being had thereon,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have judgment against Defendant Sign Set, Inc., a California corporation, in the sum of $137,228.44, plus post-judgment interest accruing at the rate governed by federal law.

DATED: June 14, 2017

_____
HON. STEPHEN V. WILSON
United States District Judge