Kathryn J. Halford (CA Bar No. 068141)
Email: khalford@wkclegal.com
Nicholas Starkman (CA Bar No. 291371)
Email: nstarkman@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD ROSENFELD & LEVY
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 321
Fax: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors of the Motion Picture Industry Pension Plan, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,

Plaintiffs,

vs.

SIGN SET, INC., a California corporation,

Defendants.

**CASE NO. 2:17-cv-1778 SVW (AFMx)**

**The Hon. Stephen V. Wilson**

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore, Judgment in favor of Plaintiff, Board of Directors of the Motion Picture Industry Pension Plan; Board of Directors of the Motion Picture Industry Individual Account Plan, Board of Directors of the Motion Picture Industry Health Plan, and against Defendant, SIGN SET, INC., a California corporation, entered on June 14, 2017, be and the same is hereby renewed in the amounts as set forth below:

**RENEWAL OF JUDGMENT**

**a.** Total Judgment…………………………………………..............$137,228.44

**b.** Costs after Judgment…………………………………………………$0.00

**c.** Subtotal (add a and b)……………………………………………$137,228.44

**d.** Credits after Judgment………………………………………………$0.00

**e.** Subtotal (subtract d from c)………………………………….$137,228.44

**f.** Interest After Judgment (rate of 1.18% per annum)…………… ...$15,502.69

**g.** Fee for filing renewal application……………………………….…$0.00

**h. Total renewed Judgment (add e, f and g)……………………..$152,731.13**

Dated: 8/7/2026

B. Moss, Deputy Clerk
UNITED STATES DISTRICT COURT